## SECOND DEPARTMENT, JULY, 1922.

In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK ex rel. REUBEN CANTOR, Respondent, for a Peremptory Mandamus Order against CHARLES L. CRAIG, as Comptroller of the City of New York, Appellant.

*Trial — minutes of criminal trial — stenographer's fees — audit by presiding judge — mandamus.*

Appeal from an order of the Supreme Court, made at the Kings County Special Term and entered in the Richmond county clerk's office April 28, 1922, granting the relator's petition for a peremptory order of mandamus.

Order affirmed, with ten dollars costs and disbursements, on opinion by Mr. Justice Callaghan at Special Term. Blackmar, P. J., Kelly, Jaycox, Kelby and Young, JJ., concur.

The following is the opinion delivered at Special Term:

CALLAGHAN, J.: The facts in this proceeding are precisely the same as in *Matter of People ex rel. Rea v. Prendergast* (178 App. Div. 930; affd., without opinion, 221

N. Y. 582). It is there held that by section 303 of the Judiciary Law* the presiding justice at the trial who directed the stenographer to furnish a copy of the minutes for use upon the trial had power to certify the amount to be paid for the minutes and that his certificate took the place of an audit which might otherwise fall upon another official. Motion granted, with twenty-five dollars costs.

* Amd. by Laws of 1912, chap. 202.— [REP.
† Formerly Code Civ. Proc. § 831.— [REP.